# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRED NASSIRI, INDIVIDUALLY; AND
AS TRUSTEE OF THE NASSIRI
LIVING TRUST, A TRUST FORMED
UNDER NEVADA LAW,

     Appellants/Cross-Respondents,

vs.

THE STATE OF NEVADA,
DEPARTMENT OF
TRANSPORTATION,

     Respondent/Cross-Appellant.

No. 76660

FILED

MAR 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal and cross-appeal are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Gloria Sturman, District Judge
      Thomas Tanksley, Settlement Judge
      Fred Nassiri
      Attorney General/Transportation Division/Carson City
      Kemp, Jones & Coulthard, LLP
      Garman Turner Gordon, LLP
      Attorney General/Transportation Division/Las Vegas
      Eighth District Court Clerk

19-11784